**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: December 10, 2019

Mr. Craig V. Morton II
Morton & Germany
45 N. Third Street
Suite 201
Memphis, TN 38103

Mr. Patrick G. Walker
Farris, Bobango & Branan
999 S. Shady Grove Road
Suite 500
Memphis, TN 38120

Re: Case No. 19-6383, *Pamela Burns, et al v. Taurus International Mfg, et al*
Originating Case No. : 2:19-cv-02071

Dear Counsel,

This appeal has been docketed as case number **19-6383** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **December 24, 2019**. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

Appellant:   Appearance of Counsel
             Civil Appeal Statement of Parties & Issues

         Disclosure of Corporate Affiliations
         Application for Admission to 6th Circuit Bar (if applicable)

         Appearance of Counsel
  Appellee: Disclosure of Corporate Affiliations
         Application for Admission to 6th Circuit Bar (if applicable)

 More specific instructions are printed on each form. If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

        Sincerely yours,

        s/Bryant L. Crutcher
        Case Manager
        Direct Dial No. 513-564-7013


Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 19-6383

PAMELA BURNS, as the Surviving Parent of Paula Smith, Deceased, and Also as Representative of the Heirs, Minor Children and Estate of Paula Smith, Deceased, and/or For the Use and Benefit of the Heirs, Minor Children of Paula Smith, Deceased; DELONDRE HARRIS, Individually and as Surviving Father/Representative of Minor Children of Paula Smith, Deceased

    Plaintiffs - Appellees

v.

TAURUS INTERNATIONAL MANUFACTURING, INC.; TAURUS HOLDINGS, INC.

    Defendants - Appellants.